**Electronically Filed
Supreme Court
SCAP-15-0000106
12-MAY-2016
01:12 PM**

SCAP-15-0000106

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

NARCIS D. SALERA; GLENN E. COMPANION; UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO; JOHN DOES 1-10; AND JANE DOES 1-10, Respondents/Plaintiffs-Appellees/Cross-Appellants,

vs.

KIRK W. CALDWELL, Mayor, City and County of Honolulu; CAROLEE C. KUBO, Director, Department of Human Resources, City and County of Honolulu; LORI M. K. KAHIKINA, Director, Department of Environmental Services, City and County of Honolulu; and CITY AND COUNTY OF HONOLULU, Petitioners/Defendants-Appellants/Cross-Appellees,

and

JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; ROE NON-PROFIT ORGANIZATIONS 1-10; AND ROE GOVERNMENTAL ENTITIES 1-10 (2014-013), Defendants.

---

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CAAP-15-0000106; CIV. NO. 14-1-2655-12)

ORDER OF CORRECTION
(By: Pollack, J.)

IT IS HEREBY ORDERED that the Opinion of the court, filed on May 11, 2016, is corrected by inserting the following

on page 1 after the identification of the members of the Court

and before the first sentence of the Opinion:

OPINION OF THE COURT BY POLLACK, J.

DATED: Honolulu, Hawaiʻi, May 12, 2016.

FOR THE COURT:

/s/ Richard W. Pollack
Associate Justice

